1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-0096-JCC |
| Plaintiff, | ORDER |
| v. | |
| STEVEN ASIR THOMAS, | |
| Defendant. | |

15   This matter comes before the Court on the Government's motion for entry of a final order

16 of forfeiture (Dkt. No. 279) for the following property:

17   1.  One Glock 9mm Model 19, semiautomatic handgun, Serial No. WCS369

18   The Court, having reviewed the motion and the relevant record, GRANTS the motion

19 (Dkt. No. 279) and FINDS that entry of a final order of forfeiture is appropriate because:

20   1.  On September 10, 2015, the Court entered a Preliminary Order of Forfeiture finding

21    the above-listed firearm forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

22    2461(c) and forfeiting Defendant's interest in it (Dkt. No. 230);

23   2.  Thereafter, the United States published notice of the forfeiture as required by 21

24    U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No.

25    250) and provided direct notice to a potential claimant as required by Federal Rule of

26    Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 279-1 at 4–5, 10–12); and

3. No other third-party claims were filed, and the time for doing so has expired.

Therefore, the Court ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or its representatives, is authorized to dispose of the above-listed property as permitted by law.

DATED this 7th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE